```
OFFICE OF THE GENERAL COUNSEL
CLARK COUNTY SCHOOL DISTRICT
S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Phone: (702) 799-5373
Fax:   (702) 799-5505
Attorneys for Defendant
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CYNTHIA KAHLE, <br><br>                Plaintiff, <br><br> v. <br><br> CLARK COUNTY SCHOOL DISTRICT, <br><br>                Defendants. | CASE NO. 2:09-cv-00246-JCM-PAL <br><br> **ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

On October 15, 2010, Defendant's Motion for Summary Judgment filed June 21, 2010 (Docket No. 42) came before the Court for oral argument. The motion was fully briefed as Plaintiff's opposition (Docket No. 48) was filed August 23, 2010, and Defendant's reply (Docket No. 50) was filed September 15, 2010. Present at the hearing where S. Scott Greenberg, Esq., counsel for Defendant, and Plaintiff and her counsel, Richard Segerblom, Esq. The Court previously granted Defendant's Motion to Dismiss (Docket No. 5) requesting dismissal of the Fourth, Fifth, Seventh, Ninth and Tenth claims asserted in the complaint. Docket No. 20. The remaining claims are the First (ADEA claim), Second (NRS Chapter 613 discrimination claim), Third (Title VII claim), and Sixth (Title VII retaliation claim).[1]

/ / /

---

[1] The complaint does not contain an Eighth Claim for Relief.

1   Having considered the parties' briefs in support of and in
2  opposition to the motion, and the arguments of counsel, S. Scott
3  Greenberg, Esq. on behalf of Defendant and Richard Segerblom, Esq.
4  on behalf of Plaintiff, the Court finds there are no genuine issues
5  of material fact under any of the remaining claims for relief and
6  Defendant is entitled to judgment as a matter of law pursuant to
7  Fed.R.Civ.P. 56(c)(2).  Therefore, the Court grants the Motion for
8  Summary Judgment in its entirety and this matter is hereby
9  dismissed.

11  Date: October 21, 2010                _____
                                           U.S. District Judge James C. Mahan

13  Submitted by:

14  CLARK COUNTY SCHOOL DISTRICT
    OFFICE OF THE GENERAL COUNSEL

16  By:           /s/
         S. SCOTT GREENBERG
17       Nevada Bar No. 4622
         5100 W. Sahara Ave.
18       Las Vegas, NV 89146
         Attorney for Defendant