AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Cynthia Kahle

Plaintiff,

V.

Clark County School District

Defendant.

**JUDGMENT IN A CIVIL CASE**

for Attorneys' Fees

Case Number: 2:09- CV-0246 JCM-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that defendant Clark County School Districts motion for attorneys fees is GRANTED.  The court finds that $200 per hour is a reasonable rate, and the school district has provided the necessary documents to support the motion for attorney's fees, it is inclined to award the defendant $13,200 in attorney's fees.

May 3, 2011  /s/ Lance S. Wilson

Date  Clerk

/s/ Eileen Sterba

(By) Deputy Clerk